# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

142944

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

J.H. CAMPBELL, INC.,
        Petitioner-Appellant,

v

TOWNSHIP OF DEXTER,
        Respondent-Appellee.
_____/

SC: 142944
COA: 295455
Tax Tribunal: 00-341575;
00-341710; 00-341715; 00-341716;
00-341717; 00-354969; 00-354970;
00-354971; 00-354972; 00-354973

On order of the Court, the application for leave to appeal the March 8, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Toll Northville Limited Partnership v Township of Northville* (Docket No. 143281) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

*Corbin R. Davis*
Clerk

h0227